IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RYECUS C. WARD**                                                                                                    **PLAINTIFF**

V.                                    **CASE NO. 5:23-CV-5201**

**DR. ROBERT KARAS**, Facility Physician,
Washington County Detention Center (WCDC);
**KARAS CORRECTIONAL HEALTH**,
Medical Care Contractor;
**NURSE EARL HINELY**, WCDC; and
**FORMER SHERIFF TIM HELDER**,
Washington County, Arkansas                                                                                          **DEFENDANTS**

### ORDER

Now before the Court is the Report and Recommendation (Doc. 8) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by any party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute, to obey orders of the Court, and to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 13th day of February, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE